IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: GERALD P LANDRY JR            CASE NO: 17-50498
       SONIA A LANDRY

## MOTION OF CURING MORTGAGE DEFAULT BY TRUSTEE
## RUSHMORE LOAN MANAGEMENT
### Court Claim # 5

NOW INTO COURT, comes KEITH RODRIGUEZ, Standing Chapter 13 Trustee who files this Motion and in support thereof respectfully alleges:

1.

Pursuant to Rule 3002.1(f) the trustee has filed a Notice of Default Cure in this matter.

2.

RUSHMORE LOAN MANAGEMENT has responded agreeing with the information provided by the trustee.

3.

Based upon the foregoing the trustee takes the position that the default has been cured and the debtors are otherwise current on all payments consistent with 11 U.S.C. 1322(b)(5).

WHEREFORE, trustee prays that after notice and hearing the Court enter an Order herein the foregoing respects.

                                                        /s/ KEITH RODRIGUEZ
                                                        KEITH RODRIGUEZ
                                                        STANDING CHAPTER 13 TRUSTEE
                                                        P O BOX 3445
                                                        LAFAYETTE, LA 70502-3445
                                                        (337)233-4413

CASE NO. 17-50498

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Curing Mortgage Default by Trustee was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 26th day of September, 2022.

GERALD P LANDRY JR, SONIA A LANDRY, 171 SHANNY DRIVE, EVANGELINE, LA 70£

ELECTRONIC SERVICE - W SIMMONS SANDOZ, P O DRAWER 471, OPELOUSAS, LA 70571-0471

RUSHMORE LOAN MANAGEMENT, P O BOX 55004, IRVINE, CA 92619

ELECTRONIC SERVICE - DEAN MORRIS, P O BOX 15270, MONROE, LA 71207-5270

ELECTRONIC SERVICE - United States Trustee

Date: September 26, 2022

/s/ KEITH RODRIGUEZ
KEITH RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE
P O BOX 3445
LAFAYETTE, LA 70502-3445
(337)233-4413